Opinion
issued November 10, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-01032-CV

 



 

TASNEEM PATRAWALA AND
FAROOK PATRAWALA, Appellants

 

V.

 

AMCAP MORTGAGE, LTD., Appellee

 



 

On Appeal from the 434th
District Court

Fort Bend County, Texas

Trial Court Cause No. 10DCV177936

 



 

MEMORANDUM
OPINION








Appellants, Tasneem
Patrawala and Farook Patrawala, have failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure
of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellants did not adequately respond.  See Tex.
R. App. P. 42.3(b)
(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.